**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **In re:**<br><br>**ISAAC K. AMANKWAH,**<br><br>Debtor. | Bankr. Case No. 18-13848-BFK<br><br>Chapter 7 |
| **JOHN P. FITZGERALD, III,**<br>United States Trustee<br>For Region Four,<br><br>Movant,<br>v.<br><br>**ISAAC K. AMANKWAH,**<br><br>Respondent. | |

## ORDER OF DISMISSAL

This matter came before the court on the motion of the United States Trustee to dismiss this case under § 707(b)(1). For good cause having been shown, it is hereby:

ORDERED that the motion of the United States Trustee is hereby granted and this case is hereby dismissed.

ORDERED that a copy of this order be served by the clerk on the parties listed below.

Date: _____         _____
                                                                Brian F. Kenney
                                                                Bankruptcy Judge

Entered on Docket: _____

[signature on next page]

I ask for this:

JOHN P. FITZGERALD, III
Acting United States Trustee
For Region Four


By:     */s/ Joseph A. Guzinski*
        Joseph A. Guzinski
        Asst. United States Trustee
        Office of the U.S. Trustee
        1725 Duke Street, Suite 650
        Alexandria, Virginia 22314
        (703) 557-7274


Copies To:

   Isaac K. Amankwah
   7940 Bethelen Woods Lane
   Springfield, VA 22153
   *Debtor/Respondent*

   Lois Ilaine Upton
   Upton Law Firm
   7369 McWhorter Place Suite 412
   Annandale, VA 22003
   uptonbknotices@gmail.com
   *Counsel for Debtor/Respondent*

   Janet M. Meiburger
   The Meiburger Law Firm, P.C.
   1493 Chain Bridge Road, Suite 201
   McLean, VA 22101-5726
   trustee@meiburgerlaw.com
   *Chapter 7 Trustee*

   Office of the United States Trustee
   115 S. Union St., Suite 210
   Alexandria, VA  22314
   *Counsel for the United States Trustee*