**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **In re:** | |
| **ISAAC K. AMANKWAH,** | **Bankr. Case No. 18-13848-BFK** |
| **Debtor.** | **Chapter 7** |
| | |
| **JOHN P. FITZGERALD, III,**<br>**United States Trustee**<br>**For Region Four,** | |
| **Movant,**<br>**v.** | |
| **ISAAC K. AMANKWAH,** | |
| **Respondent.** | |

**NOTICE OF MOTION AND NOTICE OF HEARING**

The United States Trustee has filed a motion to dismiss this case for abuse under 11 U.S.C. § 707(b)(1).

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before**, March 5, 2019** you or your attorney must:

■       File with the court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below.

Office of United States Trustee
Joseph A. Guzinski, Asst. U. S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274
joseph.a.guzinski@usdoj.gov

■        Attend the hearing scheduled to be held on **March 12,  2019 @ 9:30 o'clock a.m.**
         in Courtroom <u>No. 1</u>, United States Bankruptcy Court, 200 South Washington
         Street, Alexandria, Virginia 22314.  **If no timely response has been filed
         opposing the relief requested, the court may grant the relief without holding
         a hearing.**

■        A copy of any written response must be mailed to the following persons:

                        United States Trustee for Region 4
                        1725 Duke St., Suite 650
                        Alexandria, VA  22314

     If you or your attorney do not take these steps, the court may decide that you do not
oppose the relief sought in the motion or objection and may enter an order granting that relief.

January 28, 2019                              JOHN P. FITZGERALD, III
                                              ACTING U.S. TRUSTEE, REGION 4


                                       By:    */s/ Joseph A. Guzinski*
                                              Joseph A. Guzinski
                                              Asst. United States Trustee
                                              Office of United States Trustee
                                              1725 Duke Street, Suite 650
                                              Alexandria, VA 22314
                                              (703) 557-*7274*

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on January 28, 2019, I electronically filed the foregoing with the Clerk of the Court and, under Fed. R. Bankr. 9036 and CM/ECF Policy 9, served it on the parties listed below who are registered Users of the of the CM/ECF system, by the Notice of Electronic filing generated by the Court's ECF system; and upon all the parties listed below, by first class mail, postage prepaid.

Isaac K. Amankwah
7940 Bethelen Woods Lane
Springfield, VA 22153
*Debtor/Respondent*

Lois Ilaine Upton
Upton Law Firm
7369 McWhorter Place Suite 412
Annandale, VA 22003
uptonbknotices@gmail.com
*Counsel for Debtor/Respondent*

Janet M. Meiburger
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101-5726
trustee@meiburgerlaw.com
*Chapter 7 Trustee*

               */s/ Ilene Sims*
               Ilene Sims
               Legal Assistant