# United States Bankruptcy Court
## Eastern District of Virginia
### Alexandria Division

**In re:**

**ISSAC K. AMANKWAH,**  Case No. 18-13848-bfk

**Debtor.**  Chapter 7

### Withdrawal of Withdrawal of Motion to Dismiss, Docket No. 14

TO:  Issac K. Amankwah
c/o Lois Ilaine Upton, Esq.
7369 McWhorter Place, Suite 412
Annandale, VA 22003
E-Mail uptonbknotices@gmail,com

TAKE NOTICE:

The withdrawal of the motion of John P. Fitzgerald, III, Acting United States Trustee for Region 4, to dismiss this case for abuse pursuant to Section 707(b) of the Bankruptcy Code is withdrawn.

April 8, 2019

John P. Fitzgerald, III
Acting United States Trustee
For Region 4

/s/  Jack Frankel
Jack Frankel, Attorney
Office of United States Trustee

Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7229
E-mail: jack.i.frankel@usdoj.gov

## Certificate of Service

 I hereby certify that on the 8th day of April, 2019, this withdrawal of the withdrawal of motion to dismiss was e-mailed to the attoney for the Debtor at her e-mail address listed above.

           /s/  Jack Frankel